ACCEPTED
14-14-00824-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 4:51:57 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00824-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 4:51:57 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS**

**STATE FARM LLOYDS**

*Appellant*

**v.**

**CANDELARIO FUENTES AND MARIA FUENTES**

*Appellees*

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S REPLY BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant, State Farm Lloyds, asks for additional time to file its reply brief pursuant to TEX. R. APP. P. 10.5(b). State Farm respectfully shows as follows:

1.    Appellant's brief was filed on March 25, 2015.

2.    On April 17, 2015, Appellees filed an unopposed motion for extension of time to file their brief, which the Court granted on the same day.

3.    On May 22, 2015, Appellees filed an unopposed motion for extension of time to file their brief, which the Court granted on the same day.

4.    Appellees' brief was filed on June 8, 2015.

1

5.     On June 16, 2015, Appellant filed an unopposed motion for extension of time to file its brief, which the Court granted on the same day.

6.     Appellant's reply brief is due to be filed on July 13, 2015.

7.     Appellant respectfully requests a 10-day extension of time to file its reply brief. With the extension, its reply brief will be due July 23, 2015.

8.     This is the appellant's second request for an extension of time for filing its brief.

9.     The following facts reasonably explain the need for further time. *See* TEX. R. APP. P. 10.5(b)(1)(c).

a.     As noted in Appellant's first motion for extension, Appellant's attorney, Katherine Armstrong, was on vacation from June 20, 2015 to June 30, 2015. Since her return from vacation, her time has been significantly occupied with numerous pending matters and deadlines, including on-going briefing and discovery responsibilities in a federal multi-district litigation; preparation for an upcoming deposition; post-judgment briefing in an insurance litigation pending in Oklahoma; and briefing regarding discovery disputes in several insurance litigations pending in Texas.

10.     Counsel for appellant has conferred with counsel for appellees, Jennifer Bruch Hogan, and appellees are unopposed to the requested extension.

11. This request is not sought for delay, but in order that justice may be done.

## **PRAYER**

Appellant, State Farm Lloyds, asks this court to grant an extension of 10 days, until July 23, 2015, to file its reply brief. Appellant also prays for any other relief to which it may be entitled.

Dated: July 7, 2015                               Respectfully submitted,

/s/ David V. Jones                              /s/ Katherine Armstrong
David V. Jones                                  Katherine Armstrong
State Bar No. 10869825                           State Bar No. 01321400
dvj@jao-law.com                                 KatherineArmstrong@quinnemanuel.com
Benjamin G. Kemble                              QUINN EMANUEL URQUHART & SULLIVAN,
State Bar No. 24050864                          LLP
Edward J. Batis, Jr.                            51 Madison Avenue, 22nd Floor
State Bar No. 01915470                          New York, NY 10010
JONES, ANDREWS & ORTIZ, P.C.                     (212) 849-7000 – Telephone
10100 Reunion Place, Suite 600                   (212) 849-7100 – Facsimile
San Antonio, Texas 78216
(210) 344-3900 – Telephone
(210) 366-4301 – Facsimile

*Attorneys for Appellant State Farm Lloyds*

## CERTIFICATE OF CONFERENCE

Counsel for appellant has conferred with counsel for appellees, Jennifer Bruch Hogan, and the appellees are unopposed to this motion for extension of time to file appellant's reply brief.

DATED: July 7, 2015     /s/ Katherine Armstrong
                Katherine Armstrong

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above Second Unopposed Motion for Extension of Time to File Appellant's Reply Brief has been served on the following individual(s) by the method(s) indicated, on this, the 7th day of July 2015, as follows:

Ms. Jennifer Bruch Hogan
Mr. Richard P. Hogan, Jr.
HOGAN & HOGAN
Penzoil Place
711 Louisiana, Suite 500
Houston, TX 77002
(713) 222-8880 – Telephone
(713) 222 8810 – Facsimile
Email: jhogan@hoganfirm.com
Email: rhogan@hoganfirm.com
*Via E-Filing*

Mr. J. Steve Mostyn
THE MOSTYN LAW FIRM
3810 West Alabama Street
Houston, TX 77027
(713) 861-6616 – Telephone
(713) 861-8084 – Facsimile
Email: jmostyn@mostynlaw.com
*Via E-Filing*

Mr. E. Hart Green
Mr. Mitchell A. Toups
WELLER, GREEN, TOUPS & TERRELL, L.L.P.
P.O. Box 305
Beaumont, TX 77704
(409) 838-0101 – Telephone
(409) 832-8577 – Facsimile
Email: hartgr@wgttlaw.com
Email: matoups@wgttlaw.com
*Via E-Filing*

/s/ Katherine Armstrong
Katherine Armstrong